**ARNOLD LAW FIRM**
MARK A. ARNOLD (CABN 94872)
45 East Julian Street
San Jose, California 95112
Telephone: (408) 286-6320
Email: marnold@markarnoldlaw.com

Attorney for Defendant
VICTOR CASTANEDA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>VICTOR CASTANEDA,<br>_____ | Case No. 5:18-CR00047-001 BLF<br><br>DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORADUM |

  Defendant VICTOR CASTANEDA, by and through his attorney, MARK ARNOLD, files this supplemental sentencing memorandum attaching letters in support.

Dated: August 20, 2021

         Respectfully submitted,

         _Mark Arnold_
         Mark A. Arnold
         Attorney for Defendant
         Victor Castaneda

Attachment to Supplemental Sentencing Memorandum

Dear Judge

I would like to Tell You how life was with my nino and how it is now Since he is away.

Life was awesome when my nino was here he was super funny and made everyones frown itno a Smile. He would host the best camping trips and bbq's im not saying that So we could do the things again im saying that because my nino made it more fun and exciting and also because he made my dad (his brother) smile and laugh a lot. they had a good bond and 3 years i havent Seen my dad smile alot only when he looks at my mom thats it, I really hope You could shorten his years because i really miss him and So does everyone my life has been So Sad and boring now i miss him coming to my house Just to talk to my dad instead of over the Phone. Also holidays have not been the Same i hate talking to him over the Phone i-

-miss hearing his voice. life is no longer as fun and not a lot of smiles anymore. AS much as i miss him i know my dad and his kids, wife, and mom miss him more because they knew him alot better i wish i had a strong/good bond with him but we still kinda had one. He made a nickname for me when i was a baby i miss him calling me "honi" i dont know what it means but i love it because im his honi 3 years feel like alot but time flew by and when i found out where he was i wanted to cry but i didnt because i know he would come back either wax but it's still not the same anymore i really miss him alot i cant even talk to him over the phone without crying so our talks are short i try my best to feel like hes still here but it's hard when i cant see him or hug him.

from: naila.

Dear judge, I am going to be writing to you about my nino. I first want to say that my nino is human and we all make mistakes. His mistake doesn't define who he is. My nino was not only a good father but a good brother, nino and all of the above. I can honestly say my nino was the light of the family because without him these past years have just gone downhill. I miss him coming to my house and wistling so we know it was him. I was very close to my nina and nino and now I barely even talk to my nino for less than 2 minutes. Our conversations are very short and its still hard for me to not cry when I talk to him over the phone. I ask you to please shorten his years

he is a good person and is
missed so much by his family.
—from, Laylah

Dear Judge,

My name is Victor Castaneda Jr. I am Victor Castaneda's eldest son. I want to tell you a little bit about my father. He isn't the monster you picture him to be. He's honestly one of the most loving  people I know. My  dad has always been the type of person to help with whatever he can. For example if he were to have a burrito  and he saw that you didn't have anything to eat he would split that burrito with you even if that burrito was all  he had to offer. My father isn't a bad person.  He was never able to see a homeless man sit outside of a liquor store without inviting them inside to get whatever they needed without a limit. There was one time that we went to go eat seafood and saw a man asking for money. My dad told him that he wouldn't give him money but he would buy him whatever he wanted on the menu as long as it was food.  Yes he might have made a lot of mistakes throughout his life but he's human and  we all make mistakes. These last 3 1/2 years without him have been hard. My dad was never the type to miss our special occasions.  So for him  to not be there at my highschool graduation, for my sister's middle school graduation, quinceanera was really hard.  I really hope he'll be able to be home for my little sister's graduation and my other sisters quinceanera.  I ask for you to really think about his family and all of these letters we have written before you come to a conclusion. We just want our dad back home.

Sincerely, Victor Castaneda.

Dear Judge,

I am Alyssa Castaneda. Victor Castaneda is my father. I am writing this letter to let you know a little bit about my dad. He is not this horrible person you think he is, he has been said to be. He is actually a loving/caring person always thinking of others and helping others when they needed that help. For example, one memory that I have of my dad when we went to Reno. My dad stopped at a gas station and there was this man digging through the trash looking for food. My dad decided to take him into the store and buy him food, drinks, and all the snakes that he wanted. Also another example of my dad helping people is whenever there was anybody to call my dad he was always there to help the people that needed help. It's been almost four years my dad has been away and I want my dad to come home he has missed a lot of stuff like for example he missed my middle school graduation, my brothers high school graduation and also he will be missing my high school graduation, I would like for my dad to be out for my graduation because he's missing a lot of things he could've been out to see. Also, he missed my quinceanera. I hope you guys will allow him to be there for my sisters because it was a horrible feeling not being able to have my dad there for mine. I miss when my dad would come home looking for me, going to my room giving me hugs and kisses. When he was home every Sunday we would have a family day where we would either stay home and watch movies or just go somewhere for the weekend. I hope you let my dad out soon so we could go traveling and make more memories with him because I love my dad so much and I miss him with all my heart. I would also miss when he'd go to my basketball games and my soccer games. He would always push me to do better.

Sincerely, Alyssa Castaneda

8/18/2021

Dear Judge,

       My name is Alexys Castaneda I am 10 years old, I am the youngest daughter of Victor Castaneda. I have  been without my dad for the past 3 1/2 years and I miss him a lot. He would make me laugh all the time and he still does but its not the same. I really want him to come home. I want to give him a big hug and kisses then me him and my siblings and my mom can travel places and make memories. My dad means the world to me and it would make me really happy to see him and give him kisses and a lot of hugs. Also me and my dad and my brother could play wrestle like we use to, it would make my heart whole to have my dad home with us. I remember when my dad would wear this ugly dog shirt and he would wear sandals and take me to school we would make fun of him cause he would wear it. My mom use to wear these leggings to clean and they had a hole in them and he ripped them we were laughing so hard I miss that. He would make everyone laugh all the time. I have this picture were I put my Ariel crown on him it was funny. I want more pictures with him. I'm getting older I need my dad. Please let him come home.

Alexys Castaneda

Dear Honorable Judge,

My name is Adriana Alegria, and I have known Victor Castaneda my brother in law for 23 years. The purpose of my letter is to give you an understanding of who Victor is as a person.

Victor is a person of good moral character. Some might think this is hard to believe due to certain circumstances, but non the less my truth. Victor has been able to overcome many ups and downs and still been able to be there for me at those very moments. Whether it was a shoulder to cry on, an ear to hear my problems, or a dad to my daughter that only had me to rely on. Victor has played many roles in my life, a dad, a friend, a brother. Many would have just married my sister, but victor married the family. Holding a space for comfort, and safety for my children and I will never go unnoticed or unappreciated

I have known Victor since I was 10 years old, and never has he turned his back on me. Always made me feel heard and loved. Victor helped me make decisions to give my daughter a better life. I went back to school as a single mother with his emotional support.

If you have any questions please feel free to contact me via email at adri3688@yahoo.com or at (408)360-7805

Thank you,

Adriana Alegria

September 20, 2020


Your Honour,

My name is Cecilia Miguel, and I am currently a student at Northern Arizona University and a certified CPR and First Aid Trainer, I am 29 years old, and I am writing this reference letter for my family member, Victor Castañeda

I have personally known Victor for 18 years, and in that time I have seen him become a father, and raise his three children. Victor is a family man above all else, there is nothing more important to him than his children. He has always been a supportive father, involved in all aspects of his children. I recall his excitement when he would talk about how well his children were doing in sports and in school. He is a proud father and a loving husband. Victor and his wife have raised children that are well mannered and understand the importance of education. His children have grown to be exemplary young adults.

If you would like to verify my statements, please feel free to contact me.


Sincerely,

Cecilia Miguel



2453 E. Del Rio Ct. Gilbert, AZ 85295

(480) 599-9060

To Whom it May Concern:

Thank you for taking your time and reading this letter. My name is Art Alegria. I own and operate a transportation company named Allen Andrews Transportation. I am writing this Character reference letter for Victor Castaneda. I am the Godfather to his daughter Alyssa and he is married to my cousin Debbie. I have known Victor for over twenty years. I am aware of why he is in court and the charges against him. This is out of character of Victor because he is a complete family man. He was always involved with his kids activities, mma at AKA in San Jose, soccer, and baseball. At our family gatherings Victor was social and very respectful  to all of us. I have never seen him take a drink of any alcoholic beverage. In general he is a family man that is very involved with his kids. Thank you.

Warm Regards,

Art Alegria

September 5, 2020

Dear Honorable Judge,

My name is Giselle Alvarez and I am writing this letter in support of Victor Castaneda, my husband's cousin.  I met Victor about seven years ago when I attended his daughter's birthday party, he and his wife Mrs. Castaneda hosted. And we have not stopped attending ever since, mainly due to their hospitality experienced.  Victor is a dedicated father to his three children, who are well-mannered and polite.  The love and dedication he shows to his kids is what has stood out the most to me, besides his respectful behavior and his ability to make you feel right at home.

Victor is truly kind and considerate; I remember him attending a dinner at my in-laws and he was one of the few gentlemen who volunteered to help clean up after the dinner. My in-laws are Seniors and he right away knew they physically could not handle the cleanup alone.  Victor is a selfless person who cares not only for his wife and kids, but for others as well.

Is it my sincere hope that the court take this letter into consideration in the time of sentencing. I believe that Victor Castaneda is an honorable friend, husband, and most importantly an honorable father.

Sincerely,

Giselle Alvarez

Angelica Y Ortiz
3635 S Marion Way
Chandler, AZ 85286

Honorable Judge,

The intent of my letter is to give you some insight on the quality of person, father, friend, etc. my cousin in law Victor Castaneda is. I have known him for over 20 years, he is married to my cousin and we are part of a tight knit family. I have had the pleasure to watch him raise his 3 kids in a loving and respectful household. I admire the smart, hard working young man his eldest son has proven to be in absence of his father. Victor instilled integrity and family responsibility in his children and it has shown by the way his son has upheld his role as a father presence to his younger siblings. He helps his mother in any way he can, by helping with all house upkeeping, chauffeuring sisters around when needed, etc. all while attending school full time. His son has matured exponentially with so many responsibilities he has taken on, without being told or obligated. His father is his role model, and this has been a natural occurrence due to his upbringing. Very rarely now a days do you see such behavior and character from a teenager.

I know Victor Castaneda's love for his family has him reflecting on his life decisions, and how much he misses his wife and children. Perhaps confusion on how to provide the best for his family has put him in his current predicament, but there is no doubt in my mind he is a good man. I have witnessed firsthand the love and bond within his family when we have been on family vacations. He looks after his kids and wife making sure they are safe and most importantly happy. A few years ago we were at a wedding in Mexico, unfortunately we were accommodated in a compromising part of town which had Victor alert and protective of his immediate and extended family. He made his family feel safe. This is who he is, a protective family man that is needed at home.

Although difficult to convey in words how needed Victor Castaneda is to his family, I hope you consider leniency for this father, husband, friend.... And he be reunited soon with his family.

Sincerely,

Angelica Y. Ortiz

Anna Miguel
41446 N Cherry St. San Tan Valley, AZ 85140
480.577.4891
anna.miguel1213@gmail.com

Date: September 21, 2020

To Whom it May Concern,

My name is Anna Miguel and I am proud to write this letter in reference to Victor Castañeda to whom I have personally known for 18 years as my cousin-in-law.

During my relationship with Victor Castañeda, I have experienced an individual who carries himself in a polite and respectable manner. In addition, Victor Castañeda, is a family-man that presented himself with levelheadedness and grace. When spending time with Victor Castañeda, it was more than apparent that family is everything to him; he adores his children and his wife.

It is with great confidence that I recommend Victor Castañeda as someone who, I truly believe, possesses the character and judgement for the betterment of our community.

Please do not hesitate to contact me if you should require any further information.

Sincerely,

Anna Miguel

_____

To Whom It May Concern

—Victor is one of my older cousins and I grew up with him and fighting over who controlled the tv, everytime we went to each other's house. But I got my way because dunh I'm the younger cousin. He would always tell me "you know you'll never have a boyfriend who is good enough, for you." And when I did finally bring a boyfriend "I told him he may not be good enough but he's pretty dang close to it." I say this to tell you my cousin Needs to be with his family to help raise his own kids to show them their worth like he did to me. His wife, Debbie, needs his support in raising their 3 kids because they need both parents to teach them the importance of life itself.

His kids are young and its definitely a crucial part to not have both parents at home guiding them in the right direction. Victor has already unfortunately missed out big events please don't allow him to miss anymore. I pray that you make the right choice in allowing him out to be with his little ones —because they definity don't stay little for long.

Thank you for your time

—Marissa Chavez
Marissa Chavez
(his favorite cousin)

# Dear honorable judge,

My name is Christina Gonzalez and I am the cousin through marriage of Victor Castaneda. I am writing this character letter to describe Victor the way I know and remember him. Victor has always been very respectful, kind and caring. I've known him since I was a young child and all were good memories with him. He is such a family person and that made me love him so much. I remember when he would visit he would sit with me at 7 years old to make blow pen art butterfly's with me. He always made us feel as if we were part of his own. Skipping to my teenage years, Victor always gave me the best advice on things. Stay in school and work hard for things that I want, and that's exactly what I did. He has raised some pretty amazing children all growing up with morals and the most respect for people. I miss him dearly and hope he is doing well. With best wishes. -Christina Gonzalez

To whom it may concern,

I, Celene Chavez, am writing this character letter for Victor Castaneda. I have known Victor Castaneda for over 20 years since meeting his uncle, my husband. I met him as a teenager when he was always kind and humble . I've known him to be a good person, devoted son and since marrying his wife, a devoted husband. Over the years I have seen him be a good father to his children, always there when they need him. I've had the good fortune to know him throughout the years not only as a nephew but also as a good friend. He has proven to be trustworthy and reliable .

Sincerely,

Celene Chavez

Dear Honorable Judge,

My name is Carmen Gonzalez, and I have known Victor Castaneda my son in law for 23 years. The purpose of my letter is to express my feelings about Victor.

Victor is a kind-hearted person. At this moment t see him for who he is. Victor is a person that I was always able to turn to when I was in need. I was able to turn his way without ever feeling judged, disrespected, or let down. Without even asking Victor would put a plate of food on my table, without expecting anything in return. I consider and love Victor like one of my own children.

I have known Victor since he was a kid himself, and never has he made me feel less then another mother to him.

If you have any questions please feel free to contact me via email at Carmen_aglez@yahoo.com or at (408)334 3690

Thank you,

Carmen Gonzalez

# **COURT REFERENCE LETTER**

August 20, 2021

To Whom This May Concern,

My name is Edelmira Chavez and proud to offer my recommendation of Victor M Castaneda to whom I have personally known for his whole life as my Son.

I believe I am in a position to speak to Victor moral character, so I hope you would take this letter into account when making your decision.

My son in short is a good person.  Victor has always been kind and generous to others.  He has a strong sense of duty which applies in his family and community.  He also possesses a great deal of integrity, and constantly strives to make sure he is doing the right thing.  He is an amazing son, father, brother, uncle and nephew to a big humble Mexican family.

If must be very difficult in your position to make decisions like this when you don't actually know the person standing in front of you, so I hope you will look at my letter as the countless others your are receiving, and understand that Victor is the kind of person people rally around. Someone who has strong family morals, so please let all this be a factor in your decision.

Please do not hesitate to contact me if you should require any further information.

Best,

*Edelmira Chavez*

Edelmira Chavez
Mother
408-836-0255

# COURT REFERENCE LETTER

August 20, 2021

To Whom This May Concern,

My name is Lucia Sanchez and proud to offer my recommendation of Victor M Castaneda to whom I have personally known for his whole life as my little brother.

During my relationship with Victor, I have experienced an individual who shows up earlier than asked, works hard, and carries themselves in a polite, respectable manner. In addition, Victor is family who has always presented themselves with levelheadedness and grace.  Victor is very loved in the family and has strong family ties and values.

Please do not hesitate to contact me if you should require any further information.

Best,

**Signature** _____   Date:  __8/20/2021_____

Print Name ____Lucia C Sanchez_____

Address __PO BOX 731759_____  City _San Jose_____  State __CA_____

Telephone __408-916-8445_____

E-Mail ____terabeam@hotmail.com_____